Opinion by McClelland, P. J. It was stipulated that the merchandise consists of cloth brushes and hat brushes similar to those passed upon in *United States* v. *Heinrich Herrmann & Weiss* (26 C. C. P. A. 292, C. A. D. 30). The claim at 50 percent under paragraph 1506 was therefore sustained.

No. 40852.—Protests 764672–G, etc., of L. S. Mayer et al. (New York).

Opinion by McClelland, P. J. It was stipulated that the merchandise consists of cloth brushes and hat brushes similar to those passed upon in *United States* v. *Heinrich Herrmann & Weiss* (26 C. C. P. A. 292, C. A. D. 30). The claim at 50 percent under paragraph 1506 was therefore sustained.

No. 40853.—Protests 761838–G, etc., of Heinrich Herrmann & Weiss et al. (New York).

Opinion by McClelland, P. J. It was stipulated that the merchandise consists of cloth brushes and hat brushes similar to those passed upon in *United States* v. *Heinrich Herrmann & Weiss* (26 C. C. P. A. 292, C. A. D. 30). The claim at 50 percent under paragraph 1506 was therefore sustained.

No. 40854. Protests 760761–G, etc., of Ignaz Strauss & Co., Inc. (New York).

Opinion by McClelland, P. J. It was stipulated that the merchandise consists of cloth brushes and hat brushes similar to those passed upon in *United States* v. *Heinrich Herrmann & Weiss* (26 C. C. P. A. 292, C. A. D. 30). The claim at 50 percent under paragraph 1506 was therefore sustained.

No. 40855.—Protest 728278–G of Kwong Yuen & Co. (New York).

Opinion by Sullivan, J. In accordance with stipulation of counsel and on the authority of *Kwong* v. *United States* (T. D. 49409) the wooden stands in question were held dutiable at 33⅓ percent under paragraph 412 as claimed.

No. 40856.—Protest 848249–G of Long Sang Ti Chinese Curio Co. (New York).

Opinion by Sullivan, J. In accordance with stipulation of counsel and on the authority of *Kwong* v. *United States* (T. D. 49409) the wooden stands in question were held dutiable at 33⅓ percent under paragraph 412 as claimed.

No. 40857.—Protest 929353–G of Kwong Yuen & Co., Inc. (New York).

Opinion by Sullivan, J. In accordance with stipulation of counsel and on the authority of *Kwong* v. *United States* (T. D. 49409) the wooden stands in question were held dutiable at 33⅓ percent under paragraph 412 and stands in chief value of metal at 45 percent under paragraph 397 as claimed.